**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 11, 2020

<u>**VIA ECF**</u>
Hon. Vernon S. Broderick
United States District Court Judge
Southern District of New York
New York, New York 10007

***Re: United States v. Gerard Vickers, 20-Cr-392 (VSB)***

Dear Judge Broderick:

 Due to a scheduling conflict, the defense requests an adjournment of the arraignment proceeding to the week of August 24, 2020. The defense consents to the exclusion of time.

Sincerely,

*Marisa K. Cabrera*

Marisa K. Cabrera, Esq.
Attorney for Gerard Vickers
(917)-890-7612

CC: AUSA Danielle Sassoon (via ECF)
   AUSA Christopher Clore (via ECF)

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 8/16/2020

The arraignment is adjourned to August 24, 2020 at 9:00 a.m. The adjournment is necessary to permit counsel sufficient time to review the indictment with the defendant. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between August 16, 2020 and August 24, 2020 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161 (h)(7)(A), in the interest of justice.