UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,  **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-against-

20 -CR- 392 ( ) ( ) (VSB)

Gerard Vickers

Defendant(s).
-------------------------------------------------------------------X

Defendant __Gerard Vickers_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

___  Initial Appearance Before a Judicial Officer

_X_  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Bail/Detention Hearing

___  Conference Before a Judicial Officer

_*Gerard Vickers*_____           _*Marisa K. Cabrera*_____
Defendant's Signature                          Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Gerard Vickers_____              _Marisa K. Cabrera_____
Print Defendant's Name                         Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_8/24/2020_____
Date

*Vernon Broderick*
Vernon S. Broderick
United States District Judge