# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 20, 2021

**BY ECF & EMAIL**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re: *United States v. Gerard Vickers*, 20 Cr. 392 (VSB)

Dear Judge Broderick:

      The parties write to respectfully request an adjournment of the status conference in the above-referenced case currently scheduled for Thursday, January 21, 2020 at 9:00 a.m. The parties make this request as they continue discussions regarding a pre-trial resolution of this case. Since the parties' previous letter, we have discussed a potential plea and have made progress towards reaching a resolution, the specific terms of which continue to be negotiated.  In order to continue those discussions, the parties respectfully request to adjourn the status conference for 60 days. The defense consents to the exclusion of time.

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 1/20/2021

Very truly yours,

*Marisa K. Cabrera*

Marisa K. Cabrera, Esq.
Assistant Federal Defender
(917)-890-7612

The status conference scheduled for January 21, 2021 is hereby adjourned to March 25, 2021 at 9:00 a.m. The adjournment is necessary to permit the parties to continue to discuss a possible pretrial disposition of this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between January 21, 2021 and March 25, 2021 is hereby excluded under the Speedy Trial Act, 18U.S.C. 3161 (h)(7)(A), in the interest of justice