**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

March 16, 2021

**BY ECF**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

**Re:** *United States v. Gerard Vickers*, **20 Cr. 392 (VSB)**

Dear Judge Broderick:

    The defense writes to respectfully request an adjournment of the status conference in the above-referenced case currently scheduled for Thursday, March 25, 2021 at 9:00 a.m. The defense makes this request as the parties continue discussions regarding a pre-trial resolution of this case. Since the previous letter, an updated plea agreement was provided to the defense, which counsel needs to review in more detail with Mr. Vickers. To do so, the defense respectfully request to adjourn the status conference for 30 days. I have spoken with AUSA Christopher Clore and he consents to this request. The defense consents to the exclusion of time.

Very truly yours,

*Marisa K. Cabrera*

Marisa K. Cabrera, Esq.
Assistant Federal Defender
(917)-890-7612

APPLICATION GRANTED
SO ORDERED /s/ Vernon S. Broderick
VERNON S. BRODERICK
U.S.D.J. 3/23/2021

The status conference scheduled for March 25, 2021 is hereby adjourned to April 27, 2021 at 9:00 a.m. The adjournment is necessary to permit counsel sufficient time to review discovery, and continue to discuss a possible pretrial disposition of this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between March 25, 2021 and April 27, 2021 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161 (h)(7)(A), in the interest of justice.