**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

**APPLICATION GRANTED
SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 4/26/2021

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

The status conference scheduled for April 27, 2021 is hereby adjourned to May 27, 2021 at 9:00 a.m. Due to counsel's scheduling conflict, the adjournment is necessary to permit counsel sufficient time to review discovery, and continue to discuss a possible pretrial disposition of this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a

**Re: *United States v. Gerard Vickers*, 20 Cr. 392 (VSB)**

speedy trial. Accordingly, it is further ordered that the time between April 27, 2021 and May 27, 2021 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161 (h)(7)(A), in the interest of justice.

Dear Judge Broderick:

The defense writes to respectfully request a thirty-day adjournment of the status conference in the above-referenced case currently scheduled for Tuesday, April 27, 2021 at 9:00 a.m. The defense makes this request as defense counsel is on trial beginning on that date and has two subsequent suppression hearings in the immediate two weeks thereafter.  I have spoken with AUSA Christopher Clore and he consents to this request.  The defense consents to the exclusion of time.

Very truly yours,

*Marisa K. Cabrera*

Marisa K. Cabrera, Esq.
Assistant Federal Defender
(917)-890-7612